IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
    v.                       )   CRIMINAL ACTION NO.
                             )       2:07cr61-MHT
ADRIAN LaMONT WHITE          )          (WO)
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' motions (Doc. Nos. 270 and 273) are granted.

(2) Defendant Adrian LaMont White is discharged.

DONE, this the 19th day of February, 2009.

```
                     /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE
```